UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **TADASHI SAYRES,** | ) | NO. CV 08-7774-PSG(CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| **JAMES WALKER, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: June 24, 2009

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

2